UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS – URBANA DIVISION

| | |
|---|---|
| CTF ILLINOIS f/k/a CHARLESTON TRANSITIONAL FACILITY, )<br>)<br>) | Case No.: |
| Plaintiff, ) | |
| v. ) | |
| WESCO INSURANCE COMPANY, ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

NOW COMES Defendant, Wesco Insurance Company ("Wesco"), and pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, herein removes this action to the United States District Court for the Central District of Illinois, Urbana Division.  In support thereof, Wesco states as follows:

1. On July 20, 2018, Plaintiff CTF Illinois f/k/a Charleston Transitional Facility ("CTF") filed a lawsuit against Wesco in the Circuit Court of Champaign County, Illinois, captioned: *CTF Illinois f/k/a Charleston Transitional Facility v. Wesco Insurance Company*, Case No. 2018 L 000126 (the "Lawsuit").

2. From July 20, 2018 through the present, complete diversity of citizenship between CTF and Wesco has existed in the Lawsuit.  In that regard, the parties' respective citizenship is the following:

    a. CTF is an Illinois company with its principal place of business in Illinois; and

    b. Wesco is a Delaware insurance company with its principal place of business in New York.

3. As to the amount in controversy, Paragraphs 67 and 74 of CTF's Complaint reflect that it is seeking in excess of $75,000 from Wesco, exclusive of interest and costs.

1

Specifically, CTF is seeking a total of $122,944 from Wesco for premium that CTF allegedly overpaid in connection with two insurance policies Wesco issued to CTF.

4. Therefore, this Court would have had subject matter jurisdiction over this action under section 1332 if CTF had originally filed the Lawsuit in this Court.

5. On July 23, 2018, Wesco accepted service of the Summons and Complaint in the Lawsuit. As Wesco filed this Notice of Removal within thirty (30) days of service, it is timely under section 1446(b).

6. Pursuant to section 1446(a), a copy of the entire court file in the Lawsuit, including CTF's Complaint is attached hereto as Exhibit 1.

7. Pursuant to section 1446(d), Wesco will promptly serve a copy of this Notice of Removal on CTF. Wesco will also file a copy of this Notice of Removal with the Clerk of Court in Champaign County, Illinois where the Lawsuit is pending.

WHEREFORE, Defendant, Wesco Insurance Company, herein removes the Lawsuit to the United States District Court for the Central District of Illinois, Urbana Division.

/s/ Kevin M. Lougachi, Esq.
Kevin M. Lougachi, Esq.
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, 17th Floor
Chicago, Illinois  60606
Telephone:     (312) 431-3700
Facsimile:      (312) 431-3670
Email: klougachi@karballaw.com
*Attorneys for Wesco Insurance Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this NOTICE OF REMOVAL was filed electronically on August 10, 2018 in accordance with the Court's Electronic Filing Guidelines and served by email on the counsel of record set forth below. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Charles L. Philbrick, ARDC No. 6198405
RATHJE WOODWARD LLC
300 East Roosevelt Road, Suite 300
Wheaton, Illinois 60187
Email: cphilbrick@rathjewoodward.com
*Attorneys for CTF Illinois*
*f/k/a Charleston Transitional Facility*

/s/ Kevin M. Lougachi, Esq.
Kevin M. Lougachi, Esq.
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
150 South Wacker Drive, 17th Floor
Chicago, Illinois  60606
Telephone:     (312) 431-3700
Facsimile:     (312) 431-3670
Email: klougachi@karballaw.com
*Attorneys for Wesco Insurance Company*