# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF ILLINOIS – URBANA DIVISION

| | |
|---|---|
| CTF ILLINOIS f/k/a CHARLESTON TRANSITIONAL FACILITY, | )<br>)<br>) Case No.: 18-cv-02211-CSB-EIL |
| Plaintiff, | )<br>) District Judge: Colin S. Bruce |
| v. | ) Magistrate Judge: Eric I. Long<br>) |
| WESCO INSURANCE COMPANY, | )<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, CTF Illinois f/k/a Charleston Transitional Facility's ("CTF"), and Defendant, Wesco Insurance Company ("Wesco"), by and through their respective counsel, and herein stipulate to the dismissal of this entire action with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), with each party paying their own fees and costs.

/s/Charles L. Philbrick
Charles L. Philbrick(ARDC# 6198405)
Rathje Woodward LLC
300 East Roosevelt Road, Suite 300
Wheaton, IL 60187
Tel. 630-668-8500
Fax. 630-510-4931
cphilbrick@rathjewoodward.com
*Attorneys for Plaintiff CTF Illinois*
*f/k/a Charleston Transitional Facility*

/s/ Kevin M. Lougachi, Esq.
Kevin M. Lougachi, Esq.
THE LAW OFFICES OF KEVIN LOUGACHI, LLC
27 N. Wacker Dr., Ste. 229
Chicago, Illinois  60606
Telephone:     (708) 250-4224
Email: kevin.lougachi@lougachi-law.com
*Attorneys for Defendant Wesco Insurance Company*

**CERTIFICATE OF SERVICE**

      I, hereby certify, that this STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically on December 28, 2020 in accordance with the Court's Electronic Filing Guidelines and served. Notice of this filing will be sent to all parties via their Counsel of Record listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Charles L. Philbrick, ARDC No. 6198405
RATHJE WOODWARD LLC
300 East Roosevelt Road, Suite 300
Wheaton, Illinois 60187
Email: cphilbrick@rathjewoodward.com
*Attorneys for CTF Illinois*
*f/k/a Charleston Transitional Facility*

                                              /s/ Kevin M. Lougachi, Esq.
                                              Kevin M. Lougachi, Esq.
                                              THE LAW OFFICES OF KEVIN LOUGACHI, LLC
                                              27 N. Wacker Dr., Ste. 229
                                              Chicago, Illinois  60606
                                              Telephone:     (708) 250-4224
                                              Email: kevin.lougachi@lougachi-law.com
                                              *Attorneys for Defendant Wesco Insurance Company*